JAMES R. BATTLE *vs.* WILLIAM L. WOOLF.

After the term of the circuit court, to which an appeal is taken from a justice
of the peace, it is too late to move the court to dismiss the *appeal* for the
insufficiency of the appeal bond, provided the bond be voidable only, and
not void.

An appeal bond, executed upon an appeal from a magistrate to the circuit
court, is no part of the record, unless it be made so by a bill of exceptions;
and this court cannot look beyond what the law makes part of the record.

IN error from the circuit court of Lauderdale county; Hon.
John Watts, judge.

The facts of the case are sufficiently stated in the opinion
of the court.

*S. L. Hussey,* for appellant,

Cited and commented on 1 Stew. (Ala.) R. 61 ; Ib. 454;
*Mc Gilvry* v. *Jackson,* 4 How. 245.

Mr. Justice FISHER delivered the opinion of the court.

From a judgment recovered against him by William L.
Woolf, before a justice of the peace, James R. Battle appealed
to the circuit court of Lauderdale county.   This appeal was
returned to the September term, 1846, of said circuit court, at
which time the case was entered upon the docket and con-
tinued.   It also appears to have been continued at the March
term, 1847.   No other proceeding appears to have been had
till the March term, 1848, when a motion was made by
Woolf to dismiss the appeal for want of sufficient bond,
which motion was sustained by the court.

The counsel for the plaintiff in error insists, that after the
term to which an appeal is taken from a justice of the peace,
it is too late to move the court to dismiss the appeal for the
insufficiency of the appeal bond.   This position is correct,

provided the bond is merely voidable and not void.  *Jenkins* v. *Cauley*, 1 Stew. 61.

But there is no bill of exceptions making the bond part of the record; and under the ruling of this court in previous decisions, we cannot look beyond what the law makes part of the record.

The judgment must therefore be affirmed.